**Reta Mae MURRY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 45774.**

Court of Criminal Appeals of Texas.

March 7, 1973.

Charles Fairweather, Amarillo, for appellant.

Tom Curtis, Dist. Atty., John J. Wheir and Kerry Knorpp, Asst. Dist. Attys., Amarillo, Jim D. Vollers, State's Atty., and

Robert A. Huttash, Asst. State's Atty., Austin, for the State.

OPINION

ROBERTS, Judge.

This appeal is taken from a conviction for the offense of murder with malice. Punishment was assessed at five years' confinement.

The only ground of error asserted on appeal is the failure of the trial court to charge the jury on the issue of murder without malice. Appellant's only objection to the charge was made orally. Such an objection is not sufficient to preserve error for review by this Court. Arts. 36.14 and 36.19, Vernon's Ann.C.C.P.; Curry v. State, 468 S.W.2d 455 (Tex.Cr. App.1971); Seefurth v. State, 422 S.W.2d 931 (Tex.Cr.App.1968).

The judgment is affirmed.